# RETURN OF SERVICE

STATE of MINNESOTA
COUNTY of NICOLLET

**Evenstad, Thomas**   0:12CV03179RHKAJB

vs.

**Herberg, Bryan, et al**

I hereby certify and return that on the __9th__ day of __January__ 20__13__ at __1406__ hrs. I attempted service of the within and attached:
  **SUMMONS & COMPLAINT**

Upon the within named: **BRYAN LEE HERBERG**

☒ Personally handing to and leaving with him or her, a true and correct copy.

☐ Leaving a true and correct copy at his or her usual place of abode with _____, a person of suitable age and discretion, and residing therein.

☐ Thereof, and at the same time and place exhibiting to him or her so that he or she could see and read the same, the original signature of the Honorable _____, Judge of the _____ Court of _____ County, Minnesota, to said original.

☐ Leaving a true and correct copy with _____, _____ of the Defendant.

☐ I have made a diligent search and inquiry, and am unable to find said defendant within said County.

At __MSOP 100 Freeman Drive, St. Peter__ County of Nicollet, State of Minnesota.

Dated this __9th__ day of __January__ 20__13__.

Sheriff's Fee: __90__       David S. Lange

Mileage: _____            Sheriff of Nicollet County, Minnesota

Total: __90__              By _____ #2310
                              (Deputy)