UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas Evenstad, | Case No. 0:12-cv-03179-RHK-AJB |
| Plaintiff, | |
| vs. | **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND** |
| Bryan Herberg, *et al*. | |
| Defendants. | |

Thomas Evenstad, *pro se* Plaintiff, 1111 Highway 73, Moose Lake, Minnesota 55767.

PLEASE TAKE NOTICE that the Defendants in the above-captioned matter move the Court, pursuant to Fed. R. Civ. P. 6(b), for an order enlarging the time for Defendants to answer or otherwise respond to Plaintiff's Complaint. No hearing is requested.

This Motion is based upon all files, records, and proceedings herein to include Defendants' Memorandum of Law in Support of Their Motion for Enlargement of Time to Answer or Otherwise Respond, and the Affidavit of Ricardo Figueroa, filed simultaneously with their Motion.

Dated: June 20, 2013.                                    Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

**s/ Ricardo Figueroa**
RICARDO FIGUEROA
Assistant Attorney General
Atty. Reg. No. 0282224

2

445 Minnesota Street, Suite 1100
St. Paul, MN 55101-2128
Telephone: (651) 757-1233
Fax: (651) 282-5832
ricardo.figueroa@ag.state.mn.us

ATTORNEY FOR DEFENDANTS