UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Thomas Evenstad,                                    Case No. 0:12-cv-03179-RHK-AJB

                    Plaintiff,

        vs.                                         **CERTIFICATE OF SERVICE**

Bryan Herberg, *et al*.

                    Defendants.


        I hereby certify that on June 20, 2013, I caused the following documents:

1)      Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond;
2)      Defendants' Memorandum in Support of Their Motion for Enlargement of Time to Answer or Otherwise Respond;
3)      LR 7.1(f) Word Count Compliance Certificate Regarding Defendants' Memorandum in Support of Their Motion for Enlargement of Time to Answer or Otherwise Respond;
4)      Affidavit of Ricardo Figueroa; and
5)      Certificate of Service

to be filed electronically with the Clerk of Court through the ECF system.

        I further certify that I caused the [Proposed] Order to be filed with the court via

e-mail to the Honorable Arthur J. Boylan, Chief Magistrate Judge, United States District

Court at:

        boylan_chambers@mnd.uscourts.gov

I further certify that I caused a copy of the foregoing documents, the notices of electronic filing, and a copy of the [Proposed] Order, to be mailed by first-class mail, postage paid, to the following non-ECF participant:

Thomas Evenstad
1111 Highway 73
Moose Lake, MN 55767

Dated:  June 20, 2013.                          OFFICE OF THE ATTORNEY GENERAL
                                                State of Minnesota

                                                **s/ Ricardo Figueroa**
                                                RICARDO FIGUEROA
                                                Assistant Attorney General
                                                Atty. Reg. No. 0282224

                                                445 Minnesota Street, Suite 1100
                                                St. Paul, MN 55101-2128
                                                Telephone:  (651) 757-1233
                                                Fax:  (651) 282-5832
                                                ricardo.figueroa@ag.state.mn.us

                                                ATTORNEY FOR DEFENDANTS