UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas Evenstad, | Case No. 0:12-cv-03179-RHK-AJB |
| Plaintiff, | |
| vs. | **ORDER** |
| Bryan Herberg, *et al*. | |
| Defendants. | |

Based upon all the files, records and proceedings herein [Docket No. 16], it is hereby ORDERED that Defendants shall file an answer or otherwise respond to Plaintiff's Complaint no later than July 26, 2013.

Date: June 24, 2013                                   __s/ Arthur J. Boylan_____
                                                                       ARTHUR J. BOYLAN
                                                                       Chief United States Magistrate Judge