UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas Evenstad, | Case No. 0:12-cv-03179-RHK-AJB |
| Plaintiff, | |
| vs. | **STIPULATION OF THE PARTIES FOR ENLARGING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT AND TO CORRECT THE RECORD** |
| Bryan Herberg, *et al*. | |
| Defendants. | |

WHEREAS, by Order of the Court dated June 24, 2013 [Doc. No. 20], Defendants were to file an answer or otherwise respond to Plaintiff's Complaint no later than July 26, 2013;

WHEREAS, on July 25, 2013, the parties filed with the Court a Stipulation For An Enlargement of Time for Plaintiff to respond to Defendants' Partial Motion to Dismiss [Doc. No. 21];

WHEREAS, Plaintiff provided several reasons in the Stipulation filed on July 25, 2013, for his inability to file a response to a partial motion to dismiss during the month of August;

WHEREAS, on July 25, 2013, Plaintiff also filed an Amended Complaint [Doc. No. 22] to which Defendants stipulated to its filing;

WHEREAS, Defendants have not yet filed their Partial Motion to Dismiss;

WHEREAS, the parties inadvertently requested an extension of time for Plaintiff to file a response to Defendants' Partial Motion to Dismiss when the Stipulation should have been for an extension of time for Defendants to file their partial motion to dismissal no later than August 26, 2013, in order to allow Plaintiff the time necessary to interpose a response to the Motion sometime in September;

WHEREAS, Defendants intend to file their Partial Motion to Dismiss in response to the Amended Complaint filed on July 25, 2013; and

WHEREFORE, the parties hereby stipulate and respectfully request that the Court issue an Order permitting the Defendants to file their contemplated Partial Motion to Dismiss the Amended Complaint no later than August 26, 2013.

Dated:  July 30, 2013

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

**s/Ricardo Figueroa**
RICARDO FIGUEROA
Assistant Attorney General
Atty. Reg. No. 0282224

UZODIMA FRANKLIN ABA-ONU
Assistant Attorney General
Atty. Reg. No. 0391002

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
Telephone:  (651) 757-1233
Fax:  (651) 282-5832
ricardo.figueroa@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS

Dated:  July 30, 2013	PETER J. NICKITAS LAW OFFICE, LLC

 /s/Peter J. Nickitas
Peter J. Nickitas,
MN Atty. Reg. No. 212313
431 S. 7th St., Suite 2446
P.O. Box 15221
Minneapolis, MN 55415-0221
651.238.3445/FAX 1.888.389.7890
peterjnickitaslawllc@gmail.com

ATTORNEY FOR PLAINTIFF