UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas Evenstad, | Case No. 0:12-cv-03179-RHK-AJB |
| Plaintiff, | |
| vs. | **ORDER** |
| Bryan Herberg, *et al*. | |
| Defendants. | |

The Court, having reviewed the parties' Stipulation to Extend Time for Defendants to file an Answer or a Partial Motion to Dismiss,

**IT IS HEREBY ORDERED:**

1.   That Defendants shall file an Answer or otherwise respond to Plaintiff's Amended Complaint, filed on July 25, 2013 [Doc. No. 22] no later than August 26, 2013.

Dated:  July 30, 2013              BY THE COURT

s/ Arthur J. Boylan
Arthur J. Boylan
Chief United States Magistrate Judge